**STATE of Missouri, Respondent,**

v.

**Isaiah James WASHINGTON, Appellant.**

**No. WD 62128.**

Missouri Court of Appeals, Western District.

Dec. 23, 2003.

Vanessa Caleb, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before: HOWARD, P.J., and LOWENSTEIN and SMART, JJ.

**ORDER**

PER CURIAM.

A jury convicted Isaiah Washington of second-degree murder, and the trial court sentenced him to life in prison. On appeal, he claims the trial court erred, to his prejudice, in admitting certain statements at his trial. The trial court did not abuse its discretion in admitting the statements, so we affirm the judgment pursuant to Rule 30.25(b).